UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE AT JACKSON
EASTERN DIVISION

**United States of America**
   **Plaintiff,**

v.                                               Docket No. 1:70-CV-02008-JDT

**Gibson County School District, et al.**
   **Defendant.**

---

### ~~PROPOSED~~ ORDER GRANTING THE CITY OF HUMBOLDT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO ORDER REQUIRING FURTHER BRIEFING

---

This cause came to be heard upon Intervenor City of Humboldt's Motion for Extension of Time to Respond to this Court's November 4, 2005 Order Requiring Further Briefing. Upon consideration of the pleadings and arguments of counsel and the entire record in this cause, the Court finds that the City of Humboldt's motion should be and hereby is GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the City of Humboldt's Motion for Extension of Time to Response to this Court's Order Requiring Further Briefing is granted.

SO ORDERED this 5th day of December, 2005.

_____
JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 12-09-05

M EM 915503 v1
2787901-000001 12/01/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 1:70-CV-02008 was distributed by fax, mail, or direct printing on December 9, 2005 to the parties listed.

---

William Rhee
US Dept. of Justice
950 Pennsylvania Ave., NW
Patrick Henry Bldg., STe. 4300
Washington, DC 20530

W. Collins Bonds
KIZER BONDS CROCKER & HUGHES
P.O. Box 320
Milan, TN 38358

Dwight C. Hawks
LAW OFFICES OF C. DWIGHT HAWKS
P.O. Box 630
Humboldt, TN 38343

Lewis Donelson
HEISKELL DONELSON BEARMAN ADAMS WILLIAMS & KIRSCH
165 Madison Avenue
Ste. 2000
Memphis, TN 38103

Javier M. Guzman
US Dept. of Justice
950 Pennsylvania Ave., NW
Patrick Henry Bldg., Ste. 4300
Washington, DC 20530

L. Lee Harrell
HARRELL & HARRELL
110 Northwest Court Sq.
Trenton, TN 38382

Valerie B. Speakman
JACKSON SHIELDS YEISER HOLT SPEAKMAN & LUCAS
262 German Oak Dr.
Memphis, TN 38018

Charles Wayne Cagle
LEWIS KING KRIEG & WALDROP, PC
201 4th Avenue North
Ste. 1500
Nashville, TN 37219

USA

,

Honorable James Todd
US DISTRICT COURT